IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JUANITA E. ROLLE,<br>AKA MILLS<br><br>       Defendant and<br>       Judgment Debtor.<br>_____<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>       Garnishee.<br>_____ | 2:07MC00029-MCE-DAD<br><br>ORDER OF CONTINUING<br>GARNISHMENT PURSUANT TO<br>STIPULATION (Voluntary) |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee State Compensation Insurance Fund shall withhold each pay period and remit to the United States Attorney, $300.00 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED: May 25, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/rolle0229.ord

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)